JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 5447**

------------------------------------------------------------X
YALE SHIPPING COMPANY LIMITED,

            Plaintiff,

- against -

MARWARD SHIPPING COMPANY LIMITED,
LUMAR (ODESSA) S.A., and LUMAR BARCELONA
SUCURSAL EN ESPANA,

            Defendants.
------------------------------------------------------------X

07 CV _____

ECF CASE

JUN 0 8 2007

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 8, 2007
       New York, NY

            The Plaintiff,
            YALE SHIPPING COMPANY LIMITED

            By: _____
            Patrick F. Lennon (PL 2162)
            Nancy R. Peterson (NP 2871)
            LENNON, MURPHY & LENNON, LLC
            The Gray Bar Building
            420 Lexington Ave., Suite 300
            New York, NY 10170
            (212) 490-6050
            facsimile (212) 490-6070
            nrp@lenmur.com
            pfl@lenmur.com