JUNESS,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

YALE SHIPPING COMPANY LIMITED,             :

                        Plaintiff,          :            07 Civ.05447 (BSJ)

    - against -                             :            ECF CASE

MARWARD SHIPPING COMPANY LIMITED,          :
LUMAR (ODESSA) S.A., and LUMAR BARCELONA   :
SUCURSAL EN ESPANA,
                                            :
                        Defendants.         :
---------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-

captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to

any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: July 13, 2007
       Southport, CT

                                The Plaintiff,
                                YALE SHIPPING COMPANY LIMITED

                                By: _____
                                Patrick F. Lennon (PL 2162)
                                Nancy R. Peterson (NP 2871)
                                LENNON, MURPHY & LENNON, LLC
                                The Gray Bar Building
                                420 Lexington Ave., Suite 300
                                New York, NY 10170
                                Phone (212) 490-6050
                                Fax (212) 490-6070
                                pfl@lenmur.com
                                nrp@lenmur.com

**SO ORDERED:**

_____
U.S.D.J.
7/17/07